UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STACIE EVANS JUSTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:13-CV-107-D |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the James C. Dever III, Chief United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed objections and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 22, 2014, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on July 22, 2014, and Copies To:**

Monica Rathke Savidge (via CM/ECF Notice of Electronic Filing)
Marc D. Epstein (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| July 22, 2014 | JULIE A. RICHARDS, CLERK |
| |   /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |